IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOSPAN CORP., | No. C 10-04422 WHA |
| Plaintiff, | |
| v. | **ORDER RE DEFENDANTS' MOTION TO FILE UNDER SEAL** |
| INTUIT, INC., MINT SOFTWARE, INC., SHASTA VENTURES GP, LLC, and DOES 1–20, | |
| Defendants. | |

Innospan Corp. has not timely filed a declaration supporting Intuit, Inc. and Mint Software, Inc.'s motion to file under seal specified portions of and exhibits to the Belichick declaration in support of defendants' opposition. Accordingly, there is insufficient support to file these items under seal pursuant to Civil Local Rule 79-5(d).

Innospan may file a supporting declaration by **NOON ON NOVEMBER 26, 2010**. In the future, extensions will not be granted for any deficiencies under Rule 79-5.

**IT IS SO ORDERED.**

Dated: November 23, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE