United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOSPAN CORP.,<br><br>    Plaintiff,<br><br>  v.<br><br>INTUIT INC., MINT SOFTWARE, INC., SHASTA VENTURE GP, LLC, and DOES 1–20,<br><br>    Defendants.<br>                                         / | No. C 10-04422 WHA<br><br>**CORRECTIVE NOTICE RE**<br>**CASE MANAGEMENT ORDER** |

       The case management order in this action included a goofed-up "subject-to" clause at the outset of the paragraph dealing with experts. Please ignore the "subject-to" clause. The paragraph should simply begin, "The last date for designation . . . . "

Dated: January 5, 2011.

                                              WILLIAM ALSUP<br>
                                              UNITED STATES DISTRICT JUDGE