IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOSPAN CORP., | No. C 10-04422 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING REQUEST TO RETROACTIVELY CHANGE DEADLINE** |
| INTUIT, INC., MINT SOFTWARE, INC., SHASTA VENTURES GP, LLC, and DOES 1–20, | |
| Defendants. | |

In a January 20 order, plaintiff was given one more opportunity to file a motion for leave to amend the complaint (Dkt. No. 96). The motion was to be filed by noon on January 31, 2011. On January 31, plaintiff's attorney Brian H. Song filed the motion at exactly 12:00 noon. Attorney Song then filed supporting documents, including two declarations and eight exhibits, between 12:01 p.m. and 1:55 p.m. Attorney Song also filed a letter explaining the delay and requesting a retroactive modification of the deadline from noon to 2:00 p.m. (Dkt. No. 103).

Attorney Song's request for a retroactive modification of the filing deadline is **DENIED**. The Court will exercise its discretion to consider the supporting documents even though they were not timely filed. Attorney Song is put on notice that this order does *not* grant him a license to miss future filing deadlines.

**IT IS SO ORDERED.**

Dated: February 1, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE