**United States District Court**
For the Northern District of California

1

2

3

4

5

6           IN THE UNITED STATES DISTRICT COURT

7

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   INNOSPAN CORP.,                                No. C 10-04422 WHA

11           Plaintiff,

12     v.                                           **ORDER REGARDING
                                                    LETTER REQUESTING**
13   INTUIT, INC., MINT SOFTWARE, INC.,             **CLARIFICATION OF**
     SHASTA VENTURES GP, LLC, AARON                 **MARCH 9 ORDER**
14   PATZER, JASON PUTORI, TOD
     FRANCIS, and DOES 1–20,
15

16           Defendants.
                                          /
17

18           Attorney Brian Song once again has filed a letter requesting clarification of an order (Dkt.

19   No. 124).  This is not the proper way to communicate with the Court, and this practice must be

20   curbed.  The letter will be ignored.  If plaintiff seeks any further action from the Court, plaintiff

21   should file a motion in compliance with the applicable federal and local rules.

22

23           **IT IS SO ORDERED.**

24

25   Dated: March 11, 2011.

26                                           WILLIAM ALSUP
                                             UNITED STATES DISTRICT JUDGE
27

28