IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOSPAN CORP., <br><br> Plaintiff, <br><br> v. <br><br> INTUIT, INC., MINT SOFTWARE, INC., SHASTA VENTURES GP, LLC, AARON PATZER, JASON PUTORI, TOD FRANCIS, and DOES 1–20, <br><br> Defendants. | No. C 10-04422 WHA <br><br> **ORDER REFERRING ALL DISCOVERY DISPUTES FOR ASSIGNMENT TO A MAGISTRATE JUDGE** |

Defendants' April 12 discovery dispute letter brief is acknowledged (Dkt. No. 136). The discovery dispute raised therein and all future discovery disputes in this action are hereby referred to the Clerk for random assignment to a magistrate judge, who shall also resolve all future discovery disputes as well.

The non-expert discovery cut-off date is September 30, 2011. A jury trial is scheduled to begin on February 6, 2012 (Dkt. No 72). The parties must be mindful of these deadlines. The parties bear the burden of bringing all discovery disputes to the magistrate judge's attention in a timely manner, such that the disputes can be settled and discovery can be completed before September 30. The magistrate judge is requested to assist the Court in adhering to the case management schedule by issuing timely rulings on the parties' discovery disputes.

1   Defendants' present discovery grievance includes allegations of severe discovery
2 misconduct. The assigned judge requests the magistrate judge to make specific findings
3 concerning these allegations. If the allegations are found to have merit, then the magistrate judge
4 also is requested to make a recommendation as to whether the action should be dismissed because
5 of the alleged misconduct.

   **IT IS SO ORDERED.**

Dated: April 13, 2011. 
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2