IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOSPAN CORP., | No. C 10-04422 WHA |
| Plaintiff, | |
| v. | **ORDER STRIKING MOTION TO DISMISS COUNTERCLAIMS** |
| INTUIT, INC., MINT SOFTWARE, INC., SHASTA VENTURES GP, LLC, AARON PATZER, JASON PUTORI, TOD FRANCIS, and DOES 1–20, | |
| Defendants. / | |

The February 10 order regarding motion practice stated that, except for discovery disputes, "no motions may be filed in this action without prior written approval" (Dkt. No. 105). On April 15, plaintiff filed a motion to dismiss defendants' counterclaims and a supporting declaration (Dkt. Nos. 139, 140). Plaintiff neither sought nor received prior written approval for these filings. As such, they are improper. **THE CLERK SHALL STRIKE** Dkt. Nos. 139 and 140.

**IT IS SO ORDERED.**

Dated: April 18, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE