UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOSPAN CORP, | Case No. C10-04422 WHA (JCS) |
| Plaintiff(s), | |
| v. | **ORDER ON DISCOVERY COMPLIANCE [Docket No. 136]** |
| INTUIT INC.ET.AL, | |
| Defendant(s). | |

On April 26, 2011, a telephonic discovery hearing was held. Brian Song, counsel for Plaintiff, appeared. Rodger Cole, counsel for Defendant Intuit and Mint Software, appeared. Margaret Branick-Abilla, counsel for Defendant Shasta Ventures, appeared.

IT IS HEREBY ORDERED THAT:

1. On or before May 26, 2011, Mr. Yi and Corecess-USA will do a thorough search for, and produce all documents sought by the subpoena, including but not limited to searches of Mr. Yi's computer(s) and searches of servers of the company, all paper documents in the custody and control of either of these two witnesses, and any and all backup storage devices. Mr.Yi and Corecess shall take whatever steps they can to obtain responsive information and documents from the parent company in Korea (Corecess-Korea). On or before May 26, 2011, Mr. Yi shall provide a detailed declaration describing his and Corecess's compliance with the Court's order and what was produced. Following the production Mr. Yi shall sit for an additional two (2) hours of deposition on or before June 1, 2011.

2. On or before May 26, 2011, Ms. Lee shall search for, and produce all documents related to contacts between her dental practice, Riverside Dental, and any Kim Company. On or before May 26, 2011, Ms. Lee shall file a detailed declaration describing her compliance with the Court's

order and what was produced. Following the production Ms. Lee shall sit for an additional one (1) hr of deposition on or before June 1, 2011.

    3. Dft's opening brief on sanctions shall be filed on June 2, 2011; opposition shall be due by June16, 2011; reply brief shall be due by June 23, 2011. The hearing on the Motion for Sanctions is set for **July 1, 2011, at 9:30 a.m**.

    IT IS SO ORDERED.

Dated: April 27, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge

2