RODGER R. COLE (CSB NO. 178865)
rcole@fenwick.com
SONGMEE L. CONNOLLY (CSB NO. 228555)
sconnolly@fenwick.com
JOSEPH S. BELICHICK (CSB NO. 229371)
jbelichick@fenwick.com
SEAN S. WIKNER (CSB NO. 268319)
swikner@fenwick.com
MOLLY MELCHER (CSB NO. 272950)
mmelcher@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Defendants and Counter-Claimants
INTUIT INC. and MINT SOFTWARE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INNOSPAN CORP., <br><br> Plaintiff, <br><br> v. <br><br> INTUIT; MINT SOFTWARE INC.; and SHASTA VENTURES GP, LLC, <br><br> Defendants. <br><br><br> INTUIT INC. and MINT SOFTWARE INC., <br><br> Counter-Claimants, <br><br> v. <br><br> INNOSPAN CORP. and HONG-SEOK KIM, <br><br> Counter-Defendants. | Case No. C10-04422 WHA (JCS) <br><br> **INTUIT INC. AND MINT SOFTWARE INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL** <br><br> Date: July 1, 2011 <br> Time: 9:30 a.m. <br> Dept: A, 15th Floor <br> Judge: Honorable Joseph C. Spero |

Pursuant to Civil Local Rules 7-11(a) and 79-5(d), and General Order No. 62, Defendants Intuit Inc. and Mint Software Inc. (collectively "Intuit") hereby move for administrative relief to file under seal Exhibits 6-11 and 35-36 to the Declaration of Rodger R. Cole in Support of Intuit Inc. and Mint Software Inc.'s Motion for Sanctions ("Cole Decl."). Such information has been designated by Plaintiff Innospan as "Highly Confidential—Attorneys' Eyes Only" under the Stipulated Protective Order (Docket. No. 35).

As described in the accompanying Declaration of Joseph S. Belichick in support of this administrative motion, the requested information to be sealed in Exhibits 6-11 and 35-36 of the Cole Decl., as well as references to those exhibits in Intuit's Motion for Sanctions and the Cole. Decl., reflects information that Plaintiff Innospan has designed as "Highly Confidential – Attorneys' Eyes Only" and incorrectly purports to have designated as "Highly Confidential – Attorneys' Eyes Only" under in the Stipulated Protective Order entered in this case (Docket No. 35). The exhibits include the following:

a. An email previously produced without a confidentiality designation dated November 4, 2010 from Hong-Seok Kim ("Kim"), CEO of Plaintiff, to Hon Yi regarding this litigation (PL_MINTCOM_0010000--PL_MINTCOM_0010004);

b. A business plan for a IPTV company called Jenosis, naming Kim as Interim CEO (PL_MINTCOM_0010005--PL_MINTCOM_0010030);

c. An email string dated March 29, 2011 between Kim and May Guo ("Guo") regarding Guo's involvement in the present litigation (PL_MINTCOM_0010031--PL_MINTCOM_0010038);

d. An email dated April 27, 2010 confirming Kim's registration with www.mint.com (PL_MINTCOM_0010039);

e. An email dated May 3, 2010 from Mint Software to Kim encouraging him to utilize his account with www.mint.com (PL_MINTCOM_0010040--PL_MINTCOM_0010041);

f. An email from Kim to former Mint Communications founder Firooz Massoudi regarding the present litigation (PL_MINTCOM_0010042);

g. Excerpts of the transcript of the Deposition of Dr. Christine Lee, taken in this action on May 27, 2011, with relevant portions highlighted for the Court's convenience; and

h. Video excerpts from the Deposition of Dr. Christine Lee, taken in this action on May 27, 2011.

Pursuant to paragraph 12.3 of the Stipulated Protective Order, Intuit is required to seek to file this information under seal. However, Intuit does not believe that any of this information is properly characterized as "Highly Confidential – Attorneys' Eyes Only" and intends to object to Plaintiff's designation of this information.

On June 2, 2011, Intuit sought a stipulation from all parties regarding the present administrative motion in compliance with Civil Local Rules 7-11(a) and 79-5(d). Counsel for Defendant Shasta Ventures GP, LLC. agreed to the stipulation, however counsel for Plaintiff Innospan did not respond to the request. Accordingly, Intuit submits this motion without Innospan's stipulation. See the Declaration of Joseph S. Belichick at ¶¶ 5-8, Ex. 1-2.

The present motion is accompanied by the Declaration of Joseph S. Belichick, and the [Proposed] Order Granting Defendants Intuit Inc. and Mint Software Inc.'s Administrative Motion for Leave to File Under Seal.

Dated: June 2, 2011      FENWICK & WEST LLP

By: */s/ Joseph S. Belichick*
    Joseph S. Belichick

Attorneys for Defendants and Counter-Claimants
INTUIT INC. AND MINT SOFTWARE INC.