UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOSPAN CORP, | No. C 10-04422 WHA (JCS) |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| INTUIT INC.ET.AL, | |
| Defendant(s). | |

On June 2, 2011, Defendants filed an Administrative Motion for Leave to File Under Seal Exhibits 6-11 and 35-36 to the Declaration of Rodger R. Cole in Support of Intuit and Mint Software's Motion for Sanctions.

IT IS HEREBY ORDERED that Plaintiff and Counter-Defendants are ordered to show cause why the documents listed in the Administrative Motion should not be filed in the public docket.

IT IS SO ORDERED.

Dated: June 7, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge