1

2

3

4                          UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6    INNOSPAN CORP,                              Case No.  C10-04422 WHA ( JCS)

7              Plaintiff(s),

8         v.                                     **ORDER TO FILE JOINT LETTER**

9    INTUIT INC., .ET.AL,

10             Defendant(s).
     _____/

11

12        On August 24, 2011, Plaintiff and Defendant Shasta Ventures filed separate discovery letters.

13        IT IS HEREBY ORDERED that the parties shall comply with the Court's Notice of

14   Reference and Order Re Discovery Procedures, filed o April 27, 2011, which states as follows:

15        Within five (5) calendar days of the in-person meeting between lead trial counsel
          referred to above, the parties shall jointly file a detailed letter with the Court, not to
16        exceed ten (10) pages without leave of Court, which will include the matters that remain
          in dispute, a detailed substantive description of each side's position on each such issue,
17        and a description of each side's proposed compromise on each such issue.

18   A Joint Letter on the outstanding discovery disputes shall be filed within one (1) week.

19        IT IS SO ORDERED.

20

21   Dated: August 29, 2011

22                                          _____

23                                          JOSEPH C. SPERO
                                            United States Magistrate Judge
24

25

26

27

28

**United States District Court**
For the Northern District of California