**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOSPAN CORP,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>INTUIT INC., ET. AL.,<br><br>　　　　Defendant(s). | Case No.  C10-04422 WHA ( JCS)<br><br>**ORDER VACATING STIPULATION AND ORDER COMPELLING FURTHER DISCOVERY RESPONSES AND DOCUMENTS FROM PLAINTIFF**<br>**[Docket No. 219]** |

　　　IT IS HEREBY ORDERED that the Stipulation and Order Compelling Further Discovery Responses and Documents from Plaintiff, docket no. 219, filed on October 11, 2011, is VACATED.

　　　IT IS SO ORDERED.

Dated: October 12, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge