1  RODGER R. COLE (CSB NO. 178865)
   rcole@fenwick.com
2  SONGMEE L. CONNOLLY (CSB NO. 228555)
   sconnolly@fenwick.com
3  JOSEPH S. BELICHICK (CSB NO. 229371)
   jbelichick@fenwick.com
4  SEAN S. WIKNER (CSB NO. 268319)
   swikner@fenwick.com
5  MOLLY MELCHER (CSB NO. 272950)
   mmelcher@fenwick.com
6  FENWICK & WEST LLP
   Silicon Valley Center
7  801 California Street
   Mountain View, California 94041
8  Telephone: (650) 988-8500
   Facsimile:  (650) 938-5200
9
   Attorneys for Defendants and Counter-Claimants
10 INTUIT INC. and MINT SOFTWARE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INNOSPAN CORP., | Case No. C10-04422 WHA (JCS) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING DUE DATES** |
| v. | Dept:   G, 15th Floor |
| INTUIT INC.; MINT SOFTWARE INC.; SHASTA VENTURES GP, LLC; and DOES 1-20, | Judge:  Honorable Joseph C. Spero |
| Defendants. | |
| INTUIT INC. and MINT SOFTWARE INC., | |
| Counter-Claimants, | |
| v. | |
| INNOSPAN CORP. and HONG-SEOK KIM, | |
| Counter-Defendants. | |

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIP & ORDER EXTENDING DUE DATES                                    CASE NO.: C10-04422 WHA (JCS)

## **STIPULATION**

WHEREAS, on October 3, 2011, the Court issued its Discovery Order (Dkt. # 212) that ordered Plaintiff to produce all documents listed on the August 18 privilege screen, except for privileged or work product communications between Mr. Song or his associate and Mr. Kim by October 4, 2011;

WHEREAS, Plaintiff complied with part of Paragraph 3(b) the Discovery Order (Dkt. # 212) by timely producing the non-privileged documents from the August 18 privilege screen by October 4, 2011;

WHEREAS, the Discovery Order (Dkt. # 212 at Paragraph 3(b)) ordered Plaintiff to serve a privilege log by October 7, 2011 of all documents withheld from the October 4 production;

WHEREAS, the Discovery Order (Dkt. # 212 at Paragraphs 3(c) and (d)) ordered Plaintiff to produce additional documents and serve new privilege logs correcting certain errors found by the Court by October 7, 2011;

WHEREAS, Plaintiff represents that it has been diligently working in good faith to complete its privilege log of all documents withheld from the October 4 production, correct the privilege log errors found by the Court, and produce the documents ordered produced by the Court;

WHEREAS, the parties have been meeting-and-conferring for weeks about Plaintiff's responses to (a) Intuit's Third Set of Interrogatories, (b) Intuit's Fourth Set of Requests for Production of Documents, (c) Intuit's Third Set for Requests for Admission, and (d) Mint's First Set of Interrogatories;

WHEREAS, Intuit and Mint contend that Plaintiff's above-noted discovery responses are inadequate and relief from the Court is required;

WHEREAS, pursuant to the Case Management Order (Dkt. # 72), the non-expert (fact) discovery cut-off in this case is September 30, 2011;

WHEREAS, pursuant to Civil Local Rule 37-3, any motions to compel regarding non-expert (fact) discovery must be filed within 7 days after the non-expert (fact) discovery cut-off, or by October 7, 2011;

WHEREAS, the parties have discussed entering into a Stipulation & Order that would compel further discovery responses and documents from Plaintiff in connection with the above-noted discovery responses;

WHEREAS, the parties were unable to reach a final agreement regarding a Stipulation & Order that would resolve all of the pending discovery disputes;

WHEREAS, Intuit has prepared its portion of a Joint Letter for discovery relief in connection with the pending discovery disputes;

WHEREAS, Plaintiff has requested additional time to comply with the Court's Discovery Order (Dkt. # 212) to serve a privilege log of all documents withheld from the October 4 production, correct the privilege log errors found by the Court, and produce the documents ordered produced by the Court;

WHEREAS, Plaintiff offered to agree to extend the deadline to file any Joint Letter to compel further discovery responses and documents from Plaintiff in connection with the above-noted discovery responses;

WHEREAS, Intuit is willing to provide Plaintiff with a reasonable extension of time to complete its privilege log of all documents withheld from the October 4 production, correct the privilege log errors found by the Court, and produce the documents ordered produced by the Court;

WHEREAS, out of an abundance of caution, Intuit will file its portion of the Joint Letter to compel further discovery responses and documents from Plaintiff in connection with the above-noted discovery responses by October 7, 2011;

WHEREAS, to provide the parties a reasonable extension of time to try to resolve the pending discovery disputes;

WHEREAS, to avoid burdening the parties and the Court with unnecessary motion practice.

NOW, THEREFORE, IT IS HEREBY STIPULATED by the parties through their counsel of record that:

STIP & ORDER EXTENDING DUE DATES        2        CASE NO.: C10-04422 WHA (JCS)

1. Plaintiff shall have an extension of time to serve its privilege log of all documents withheld from the October 4 production, correct the privilege log errors found by the Court, and produce the documents ordered produced by the Court, from October 7, 2011 to October 12, 2011;

2. Intuit shall have an extension of time to file its Joint Letter to compel further discovery responses and documents from Plaintiff in connection with the above-noted discovery responses from October 7, 2011 to October 12, 2011; and

3. If the parties are unable to resolve the discovery disputes discussed in Intuit's Joint Letter by October 12, 2011, Intuit shall be permitted to revise and update its Joint Letter and Plaintiff shall be permitted to provide its opposition portion of the Joint Letter to Intuit by October 12, 2011, for joint filing on the same day.

Dated: October 7, 2011        FENWICK & WEST LLP

By:     /s/ Rodger R. Cole
              Rodger R. Cole

Attorneys for Defendants and Counter-Claimants
INTUIT INC. AND MINT SOFTWARE INC.

Dated: October 7, 2011        LAW OFFICE OF BRIAN SONG

By:     /s/ Brian H. Song
              Brian H. Song

Attorneys for Plaintiff
INNOSPAN CORP.

STIP & ORDER EXTENDING DUE DATES        3        CASE NO.: C10-04422 WHA (JCS)

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order No. 45, Section X.B., I hereby attest that I have obtained concurrence of the above noted signatories as indicated by a "conformed" signature (/s/) within this e-filed document.

DATED: October 7, 2011

By: _____/s/ Rodger R. Cole_____
Rodger R. Cole

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __October 13__, 2011



Hon. Joseph C. Spero
United States

STIP & ORDER EXTENDING DUE DATES            4            CASE NO.: C10-04422 WHA (JCS)

Fenwick & West LLP
Attorneys at Law
Mountain View