IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOSPAN CORP., <br><br> Plaintiff, <br><br> v. <br><br> INTUIT INC., MINT SOFTWARE INC., SHASTA VENTURES GP, LLC, and DOES 1–20, <br><br> Defendants. <br> ─────────────────────────/ <br> AND RELATED COUNTERCLAIMS. <br> ─────────────────────────/ | No. C 10-04422 WHA <br><br> *AMENDED* **ORDER GRANTING LEAVE TO FILE RULE 41 MOTION** |

Defendants Intuit Inc. and Mint Software Inc. request leave to file a motion for involuntary dismissal pursuant to FRCP 41(b) in light of plaintiff's failure to comply with a sanctions order that required plaintiff to pay Intuit $272,603.10 by November 2, 2011 (Dkt. No. 243). Plaintiff opposes (Dkt. No. 245). Having considered the submissions from both sides, the request is **GRANTED**. The motion must be filed by **NOVEMBER 17, 2011**. It must be noticed to be heard and briefed on the normal 35-day track. The hearing on defendants' motions for summary judgment will be postponed from December 1 to **8:00 A.M. ON JANUARY 5,** *2012*. The briefing schedules for those motions, however, remain unchanged.

**IT IS SO ORDERED.**

Dated: November 7, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE