IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INNOSPAN CORP,

    Plaintiff,

  v.

INTUIT, INC., MINT SOFTWARE, INC., SHASTA VENTURES GP, LLC, and DOES 1–20,

    Defendants.

No. C 10-04422 WHA

**ORDER STAYING ACTION**

In August 2011, plaintiff Innospan Corporation was sanctioned $272,603 for willful and egregious conduct in this action (Dkt. No. 189). Plaintiff failed to pay any amount by the November 2 deadline. At oral arguments, the Court extended plaintiff's deadline to make payment on the sanction to December 30. On December 29, plaintiff paid $55,187, approximately 20 percent of the total sanction amount (Dkt. No. 292). Plaintiff shall have until **APRIL 3, 2012**, to pay the remaining amount. This action is stayed until then.

**IT IS SO ORDERED.**

Dated: January 3, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE