**United States District Court**
For the Northern District of California

1

2

3

4

5 IN THE UNITED STATES DISTRICT COURT

6

7 FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9 INNOSPAN CORP.,

10           Plaintiff,                             No. C 10-04422 WHA

11   v.

12 INTUIT, INC., MINT SOFTWARE, INC.,        **ORDER REGARDING**
SHASTA VENTURES GP, LLP, and          **ATTORNEY SONG'S NOTICE**
13 DOES 1–20,                             **OF SUBSTITUTION**

14           Defendants.

15 _____/

16      In this trademark infringement action, Attorney Song, counsel for cross-defendant

17 Hong-Seok Kim (CEO of plaintiff Innospan Corp.) has filed a notice of substitution of counsel

18 (Dkt. No. 311). Attorney Song is attempting to withdraw as counsel and substitute Mr. Kim as

19 a *pro se* party. Attorney Song has not filed a motion to withdraw.

20      In the course of litigating this action, plaintiff has been ordered to pay sanctions of

21 $272,604.10 for tampering with documents and providing false statements (Dkt. Nos. 181, 189).

22 Plaintiff has paid only $1,134 (Dkt. No. 305). On April 4, an order issued dismissing plaintiff's

23 claims and granting default judgment and declaratory relief against plaintiff (Dkt. No. 306).

24 Counsel for defendants filed a bill of costs for $112,543.01 on April 18 (Dkt. No. 308).

25 Mr. Kim, proceeding *pro se*, filed an opposition to the bill of costs on April 23, the same day

26 Attorney Song filed the notice of substitution of counsel.

27      In a civil case, counsel may not withdraw from an action until relieved by order of the

28 court. CIV. L.R. 11-5(a). A lawyer may withdraw from representing a client where, among other

1   things, (1) the client breaches an agreement with or obligation to the lawyer as to expenses

2   or fees, or (2) other conduct renders it unreasonably difficult for the lawyer to carry out the

3   employment effectively.  CAL. PROF. CONDUCT 3-700(C)(1)(d), (f).  Permission to withdraw

4   as counsel is given at the discretion of the court.  *United States v. Carter*, 560 F.3d 1107,

5   1113 (9th Cir. 2009).

6        Counsel may not withdraw from this action until an order has issued granting leave

7   to withdraw.  Counsel must prepare a motion to withdraw, notice a hearing, serve it upon his

8   client, and file it on ECF so that all parties have notice.  CIV. L.R. 11-5(b).

9

10        **IT IS SO ORDERED.**

11

12   Dated:  April 27, 2012.

13                         WILLIAM ALSUP
                      UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2