IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOSPAN CORP.,<br><br>    Plaintiff,<br><br>  v.<br><br>INTUIT, INC., MINT SOFTWARE, INC., SHASTA VENTURES GP, LLC, and DOES 1–20,<br><br>    Defendants.<br>_____/<br>AND RELATED COUNTERCLAIMS<br>_____/ | No. C 10-04422 WHA<br><br>**ORDER FOR REPLY BRIEF** |

    By **NOON ON AUGUST 3**, defendants may file a five-page reply brief in response to Hong-Seok Kim's motion to review the clerk's actions regarding the bill of costs (Dkt. No. 328).

    **IT IS SO ORDERED.**

Dated: July 30, 2012.

                                                      WILLIAM ALSUP
                                                      UNITED STATES DISTRICT JUDGE