**United States District Court**
For the Northern District of California

1
2
3
4
5                    IN THE UNITED STATES DISTRICT COURT
6
7                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9    INNOSPAN CORP,                              No. C 10-04422 WHA
10              Plaintiff,
11      v.                                       **ORDER DENYING MOTION
                                                 TO REVIEW COSTS**
12   INTUIT INC., et al.
13              Defendants.
                                             /
14
15   AND RELATED COUNTERCLAIMS
                                             /
16
17          Pro se counter-defendant Hong-Seok Kim's request to review the clerk's taxation of costs
18   is **DENIED**.  Defendant Intuit, Inc., the prevailing party in this litigation, is presumptively entitled
19   to its costs.  FED. R. CIV. P. 54(d)(1).  The Court granted Intuit's Rule 41 motion against counter-
20   defendant Kim on April 4, 2012, and issued final judgment (Dkt. Nos. 306, 307).  Kim has
21   appealed the judgment against him (Dkt. No. 317).  It is clear that Intuit is the prevailing party,
22   and there is no reason to reverse the clerk's taxation of costs.
23
24          **IT IS SO ORDERED.**
25
26   Dated:   August 6, 2012.
                                             _____
27                                           WILLIAM ALSUP
                                             UNITED STATES DISTRICT JUDGE
28